UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

HENRY CONNER,
    *Plaintiff,*

vs.

CENTURION OF FLORIDA, LLC, et al.,
    *Defendants.*
_____/

CASE NO. 3:20cv5263-TKW/EMT

## **PLAINTIFF'S NOTICE OF SETTLEMENT**

Plaintiff Henry Conner hereby notifies this Honorable Court that the parties have reached a settlement in principle.  The settlement documents are currently being prepared, and the parties will file a Stipulation of Dismissal with Prejudice upon consummation of the settlement.

Respectfully submitted this 10th day of June, 2021.

    **TEIN MALONE PLLC**
    *Counsel for Plaintiff*

    */s/ Gaye L. Huxoll*
    Allan B. Kaiser
    Florida Bar No. 594628
    akaiser@teinmalone.com
    Michael R. Tein
    Florida Bar No. 993522
    tein@teinmalone.com
    T. Omar Malone
    Florida Bar No. 697796
    omalone@teinmalone.com
    Gaye L. Huxoll
    Florida Bar No. 149497
    ghuxoll@teinmalone.com
    (305) 442-1101